ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
 )
Team Construction, LLC ) ASBCA No. 61995
 )
Under Contract No. N69450-08-D-1779 )

APPEARANCES FOR THE APPELLANT: Jason T. Strickland Esq.
James W. Norment Esq.
 Ward and Smith, P.A.
 New Bern, NC

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
 Navy Chief Trial Attorney
Jonathan C. McKay, Esq.
 Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $180,178.60. This amount is inclusive of Contract Disputes Act interest and appellant waives the right to any further interest not included in the judgment amount. Appellant also waives any right it may have to attorney fees under the Equal Access to Justice Act or any other authority.

Dated: April 20, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61995, Appeal of Team Construction, LLC, rendered in conformance with the Board's Charter.

Dated: April 20, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2